IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Essa-Aisha Purnell | : | |
| | : | Case No.:19-12644 |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation.

Dated: August 27, 2019
        /s/ Brad J. Sadek, Esquire
        Brad J. Sadek, Esquire
        Sadek and Cooper
        "The Philadelphia Building"
        1315 Walnut Street, #502
        Philadelphia, PA 19107
        215-545-0008